IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BYARS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. 13-6452 |

ORDER

AND NOW, this 12th day of January, 2015, upon consideration of defendant State Farm Mutual Automobile Insurance Company's motion for partial summary judgment (docket entry #21), plaintiff John Byars's motion for summary judgment (docket entry #22), and plaintiff's motion to amend/correct plaintiff's complaint (docket entry #23), and for the reasons set forth in the Memorandum issued this day in this case, it is hereby ORDERED that:

1. Defendant's motion for partial summary judgment (docket entry #21) is GRANTED IN PART and DENIED IN PART;

2. Plaintiff's motion for summary judgment (docket entry #22) is DENIED;

3. Plaintiff's motion to amend the complaint (docket entry #23) is DENIED; and

4. The parties shall ARBITRATE the remaining issues in this matter in accordance with Local R. Civ. P. 53.2.4.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.